# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-1048

_____

United States of America

*Plaintiff - Appellee*

v.

Rashad McKay, also known as Rashod McKay

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: July 19, 2016
Filed: July 22, 2016
[Unpublished]

_____

Before WOLLMAN, ARNOLD, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Rashad McKay appeals after the district court[1] denied him a sentence reduction under 18 U.S.C. § 3582(c)(2). Following careful de novo review, see United States

_____

[1] The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.

v. Long, 757 F.3d 762, 763 (8th Cir. 2014), we find no reversible error.  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____